**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Texas Department of Public Safety v. Anita Johnson and Tameki Taylor

Appellate case number:  01-20-00397-CV

Trial court case number:  2017-76040

Trial court:    113th District Court of Harris County

On June 15, 2022, Appellees' attorney, Thomas Burton of the Burton Law Firm, filed a motion for withdrawal as attorney of record on appeal for appellees, and requests that Andrew Cobos and Nicholas Kacal of The Cobos Law Firm be substituted as counsel for appellees on appeal. Burton states that good cause exists for withdrawal because he is closing his law firm and certifies that appellees have been provided a copy of the motion in writing. *See* TEX. R. APP. P. 6.5. The motion to withdraw is **granted.**

The Clerk of this Court is directed to note the withdrawal of Thomas Burton of the Burton Law Firm as counsel for appellees and substitute Andrew Cobos and Nicholas Kacal of The Cobos Law Firm as counsel for appellees on the docket of this Court.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
  ☒Acting individually    ☐ Acting for the Court

Date: June 28, 2022